JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank Singh<br><br>            Plaintiff,<br><br>v.<br><br>M.K. Smith Chevrolet, et al.<br><br>            Defendants. | Case No.  ED CV 16-02390-AB (KKx)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  March 6, 2017      _____
                                  ANDRÉ BIROTTE JR.
                                  UNITED STATES DISTRICT JUDGE